IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


ARKANSAS STATE HIGHWAY COMMISSION                    PLAINTIFF

        vs.              CASE No. 06-2010

UNION PACIFIC RAILROAD CO., et al                    DEFENDANTS


FORT SMITH RAILROAD CO.                              INTERVENOR

**ORDER**


     Now on this 10th day of March, 2006, comes the Motion to
Intervene (doc. 11) filed on March 6, 2006.  The Court, being
well and sufficiently advised, and there being no objection
from the plaintiff or the defendant, the Court hereby GRANTS
the motion to intervene by Fort Smith Railroad Company.
     IT IS SO ORDERED.


                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge