# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**ARKANSAS STATE HIGHWAY COMMISSION**                         **PLAINTIFF**

VS.                        CASE NO 2:06-CV-02010 I

**UNION PACIFIC RAILROAD COMPANY;**                          **DEFENDANTS**
**6.57 ACRES, MORE OR LESS, OF CERTAIN LANDS IN**
**SEBASTIAN COUNTY, ARKANSAS; AND ANY PERSONS**
**OR ENTITLES CLAIMING AN INTEREST THEREIN**

**FORT SMITH RAILROAD**                                      **INTERVENOR**

## ORDER TO STAY PROCEEDINGS

On this date, the parties, Arkansas State Highway Department, Union Pacific Railroad and Fort Smith Railroad Co. came before this Court seeking a joint motion to stay the proceedings of this action. The Court having considered this Motion (Document No. 13) finds it well taken and hereby grants the joint motion. A stay of these proceedings is hereby ordered.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT, RICHARD DAWSON

3-23-06
DATE

APPROVED:

Robert L. Wilson, Chief Counsel
s/ Angela R Dodson, Ark. Bar #9514
P.O. Box 2261
Little Rock 72203-2261

*Attorney for Plaintiff*
*Arkansas Highway Commission*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 3 2006

CHRIS R. JOHNSON, CLERK
BY
            DEPUTY CLERK

/s/ Harry Light
HARRY LIGHT, Ark. Bar #89222
JAMIE HUFFMAN JONES, Ark. Bar #2003125
Friday, Eldredge & Clark, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201-3493
Light@fec.net
jjones@fec.net

*Attorneys for Defendant*
*Union Pacific Railroad Company*


/s/ Joseph C. Self
Joseph C. Self, Ark. Bar #82145
P. O. Box 180518
Fort Smith, AR 62918

*Attorney for Intervener*
*Fort Smith Railroad Co.*




*Attorney for Plaintiff*
*Arkansas Highway Commission*